**No. 65145.**—Ignaz Strauss & Co., Inc. *v.* United States, protest 267121–K (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of Rockingham earthenware similar in all material respects to that the subject of *Butler Bros.* v. *United States* (4 Cust. Ct. 120, C.D. 303), the claim of the plaintiff was sustained.